IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANDY GILBERT, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 3:12-cv-00902-L |
| vs. | § | |
| | § | |
| PDL SUPPORT.COM, LLC, | § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Respectfully submitted,

By: /s/Dennis R. Kurz
Dennis R. Kurz
Texas State Bar # 24068183
Attorney in Charge for Plaintiffs

WEISBERG & MEYERS, L.L.C.
Two Allen Center
1200 Smith Street
16th Floor
Houston, TX 77002
(888) 595-9111 ext. 412
(866) 842-3303 (fax)

## **CERTIFICATE OF SERVICE**

I certify that on May 31, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, Dallas Division using the electronic case filing system of the court. Notification of the foregoing was sent via the Court's ECF system on May 31, 2012 to:

Brent W. Martinelli
Hermes Sargent Bates LLP
901 Main Street, Suite 5200
Dallas, TX 75202

                                                /s/  Dennis R. Kurz
                                                Dennis R. Kurz