IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANDY GILBERT, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 3:12-cv-00902-L |
| vs. | § | |
| | § | |
| PDL SUPPORT.COM, LLC, | § | |
| Defendant | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW INTO COURT,** the parties to the above captioned action, through their respective attorneys, herby files this Joint Motion to Dismiss the complaint against Defendant PDL Support.com, LLC.

### I.

This case has been settled amicably by the parties.

### II.

A Notice of Settlement has been filed with the court.

### III.

For these reasons, the parties ask the court to dismiss this suit with prejudice.

Respectfully submitted,

By: /s/ Dennis R. Kurz
Dennis R. Kurz
**Attorney for Plaintiff**
Texas State Bar # 24068183
WEISBERG & MEYERS, L.L.C.

        Two Allen Center
        1200 Smith Street
        16th Floor
        Houston, TX 77002


        By: /s/Brent W. Martinelli
        Brent W. Martinelli
        **Attorney for Defendant**
        Hermes Sargent Bates LLP
        901 Main Street, Suite 5200
        Dallas, TX 75202

## CERTIFICATE OF SERVICE

I certify that on July 25, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court. Notification was sent electronically via the court's electronic case filing system to counsel of record for Defendant, PDL Support.com, LLC this 25th day of July, 2012 as follows: brent.martinelli@hsblaw.com.


        /s/ Dennis R. Kurz
        Dennis R. Kurz