IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MANDY GILBERT**, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:12-CV-902-L** |
| § | |
| **PDL SUPPORT.COM LLC**, § | |
| § | |
| Defendant. § | |

## ORDER

Before the court is the parties' Joint Motion to Dismiss With Prejudice, filed July 25, 2012. The court determines that the motion should be, and is hereby, **granted**. Accordingly, this action is **dismissed with prejudice**.

**It is so ordered** this 2nd day of August, 2012.

_____
Sam A. Lindsay
United States District Judge

**Order - Solo Page**